UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH C. HOOS,<br><br>        Plaintiff,<br><br>v.<br><br>MEDTRONIC, INC. a corporation; and DOES 1 through 100, INCLUSIVE,<br><br>        Defendant. | Case No.: CV 17-8012-DMG (SSx)<br><br>**ORDER RE JOINT STIPULATION DISMISSING ACTION WITH PREJUDICE [29]** |

Plaintiff KENNETH C. HOOS ("Plaintiff") and Defendant MEDTRONIC, INC. ("Medtronic") (collectively referred to as "the Parties") submitted a Joint Stipulation Dismissing Action with Prejudice.

The Court, having read and considered the Parties' Joint Stipulation Dismissing Action with Prejudice, and good cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. Plaintiff's Complaint and this entire action is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a); and

2. Each party shall bear his and its own attorneys' fees and costs in connection with the prosecution and defense of this action.

DATED: October 5, 2018

                                          DOLLY M. GEE
                                          UNITED STATES DISTRICT JUDGE